HOPE ACADEMY CORPORATION,
Appellant,

v.

June LAMOTHE and Division
of Employment Security,
Respondents.

WD 77834

Missouri Court of Appeals,
Western District.

ORDER FILED: March 31, 2015

James W. Tippin and Keith A. Cutler, Kansas City, MO, for appellant.

Sara H. Harrison, Jefferson City, MO, for respondents.

Before Division One: Cynthia L. Martin, Presiding Judge, Thomas H. Newton, Judge and Mark D. Pfeiffer, Judge

[1]. All rule references are to Mo. R. Crim. P. 2011, unless otherwise indicated.

## ORDER

Per curiam:

Hope Academy Corporation appeals from a decision of the Labor and Industrial Relations Commission which found that June LaMothe, a former employee, was entitled to unemployment compensation benefits. Hope Academy argues that the Commission's finding that LaMothe did not engage in misconduct connected with work is not supported by sufficient competent evidence. Finding no error, we affirm. Rule 84.16(b).